Builders & Manufacturers Mutual Casualty Company, appellee, v. Cowles Fire Escape Works, appellant. Gen. No. 34,009.

Opinion filed March 17, 1930.

Edward Maher, for appellant; George A. Gordon, of counsel. Loesch, Scofield, Loesch & Richards, for appellee; Oscar Lindstrand, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Holzer, Inc., appellee, v. Max Astrahan et al., defendants, on interlocutory appeal of L. Milton Husak and Aletta Husak, appellants. Gen. No. 34,317.

Opinion filed April 3, 1930.

Kenneth F. Simpson, for appellants. Pritzker & Pritzker, for appellee; R. L. Freeman, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

John E. Paterson, trading as J. E. Paterson Lumber Company, defendant in error, v. Will H. Rolff, plaintiff in error. Gen No. 33,812.

Opinion filed April 22, 1930.

Trainor & Trainor, for plaintiff in error. Culver, Andrews & King, for defendant in error; James B. McKeon, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Vera Burt, appellee, v. Yellow Cab Company, appellant. Gen. No. 33,846.

Opinion filed April 22, 1930.

Samuels, Costello & Greenberg and John A. Bloomingston, for appellant. Irving G. Zazove, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.